Elizabeth L. Gade, Esq., CSB 161495
Bruce J. Hagel, Esq., CSB 63531
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARESSA LUTIN SOCTT, | **CASE NO. 06-CV-02092-GGH** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| MICHAEL J. ASTRUE, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned

attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her

Motion for Summary Judgment in the above-referenced case is hereby extended from the present date of

March 16, 2007, by thirty days, to April 13, 2007.

This is the first extension requested.

DATED:  March 13, 2007                           OLSON, HAGEL & FISHBURN, LLP


By:      /s/ Elizabeth L. Gade
ELIZABETH L. GADE, ESQ.
Attorneys for Plaintiff

---

[1] Michael J. Astrue was confirmed by the Senate on February 1, 2007, to be Commissioner of Social Security.  Pursuant to

Rule 25(d)(1) of the Federal Rules of Civil Procedure, Mr. Astrue should be substituted for Linda McMahon as the defendant

in this suit.  No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social

Security Act, 42 U.S.C. §405(g).

**STIPULATION**

DATED: March 13, 2007                          McGREGOR W. SCOTT
                                               United States Attorney


                                        By:_____/s/John Cusker_____

        John Cusker
                                               Assistant U.S. Attorney
                                               Attorneys for Defendant

## PROPOSED ORDER

 Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g).  Pending before the Court is plaintiff's stipulated motion for an extension of time filed on March  13, 2007.

 The court issued a scheduling order on November 1, 2006, which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date of service of the administrative record by defendant.  The court's records reflect that the administrative record was served on February 1, 2007.   Plaintiff now seeks an extension of time to April 13, 2007, to file a dispositive motion.  Defendant does not oppose the request. Good cause appearing therefore, the request will be granted.  Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

 Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time is granted; and

2.  Plaintiff shall file a dispositive motion by April 13, 2007.

DATED: 3/14/07

                                   /s/ Gregory G. Hollows
                            _____
                            UNITED STATES MAGISTRATE JUDGE

OLSON HAGEL & FISHBURN LLP

Scott.ord