Elizabeth L. Gade, Esq., CSB 161495
Bruce J. Hagel, Esq., CSB 63531
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA 95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARESSA LUTIN SOCTT,<br>Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE[1],<br>Defendant | **CASE NO. 06-CV-02092-GGH**<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her April 13, 2007, by thirty-one days, to May 14, 2007.

This is the second extension requested.

DATED: April 13, 2007                OLSON, HAGEL & FISHBURN, LLP


By:  /s/ Elizabeth L. Gade
     ELIZABETH L. GADE, ESQ.
     Attorneys for Plaintiff

///

---

[1] Michael J. Astrue was confirmed by the Senate on February 1, 2007, to be Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Mr. Astrue should be substituted for Linda McMahon as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

1
**STIPULATION**

DATED: April ___, 2007                McGREGOR W. SCOTT
                                      United States Attorney


                                      By:    /s/John Cusker
                                          John Cusker
                                          Assistant U.S. Attorney
                                          Attorneys for Defendant

## PROPOSED ORDER

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g). Pending before the Court is plaintiff's stipulated motion for an extension of time filed on April 13, 2007.

The court issued a scheduling order on November 1, 2006, which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date of service of the administrative record by defendant. The court's records reflect that the administrative record was served on February 1, 2007. Plaintiff now seeks an extension of time to May 14, 2007, to file a dispositive motion. Defendant does not oppose the request. Good cause appearing therefore, the request will be granted. Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file a dispositive motion by May 14, 2007.

DATED: 4/18/07

                                      GREGORY G. HOLLOWS
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

2
**STIPULATION**