Elizabeth L. Gade CSB 161495
Bruce J. Hagel CSB 63531
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARESSA LUTIN SCOTT<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE<br><br>        Defendant | CASE NO. 06-CV-02092-GGH<br><br>**STIPULATION AND ORDER** DISMISSING **FEDERAL COURT ACTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, that the above-captioned case is dismissed under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

   The parties further stipulate that counsel for Defendant hereby authorizes counsel for Plaintiff to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

   DATED:  April 23, 2007                                   OLSON, HAGEL & FISHBURN, LLP

                                                            /s/ Elizabeth L. Gade
                                                            ELIZABETH L. GADE, ESQ.
                                                            Attorneys for Plaintiff

   ///

   ///

DATED: April 27, 2007

McGREGOR W. SCOTT
United States Attorney

By:  /s/John Cusker
John Cusker
Assistant U.S. Attorney

Attorneys for Defendant

ORDER

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g).  Pending before the Court is plaintiff's stipulated motion for dismissal of Federal Court No. 2:06-CV-02092-GGH

Plaintiff now seeks to file a stipulation to dismiss said action.  Defendant does not oppose the request. Good cause appearing therefore, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for a dismissal of Case No. 2:06-CV-02092-GGH is granted; and

2.  Each side shall bear their own costs.

DATED: 5/2/07

**OLSON HAGEL & FISHBURN LLP**     /s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

Scott.ord